Carreras *v.* Deval Corporation, Appellant.

702

 Argued September 15, 1969; reargument refused November 10, 1969. *Jacob S. Richman,* with him *Richman & Richman,* for appellant; *Jerrold V. Moss,* for appellee.

Judgment affirmed.